FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0460

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 19-0460

| | |
|---|---|
| IN THE MATTER OF THE ADOPTION OF:<br><br>A.F. | ORDER FOR EXTENSION OF TIME FOR APPELLEE TO FILE ANSWER BRIEF |

IT IS HEREBY ORDERED that the deadline for the Appellee to file her answer brief is extended to **May 4, 2020**.

No further extensions will be granted.

_____

cc:    Abigail Rogers Law, PLLC, Attorney for Appellant

Lowy Lawy, Attorney for Appellee

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020